UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GERARD DAVID McCREE, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  5:20-cv-00288-CLM-JHE |
| DR. GULATI, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

Plaintiff Gerard David McCree filed a *pro se* complaint and amended complaint pursuant to 42 U.S.C. § 1983 for violations of his rights under the Constitution or laws of the United States. (Docs. 1 & 18).  On July 16, 2021, the magistrate judge entered a report and recommendation, recommending the court grant the defendants' motions for summary judgment and dismiss this action with prejudice.  (Doc. 46).  The magistrate judge further recommended the court deny McCree's motions for summary judgment (Doc. 36), to supplement the record with new evidence (Docs. 41, 42, 44), and for reconsideration of this court's order denying a preliminary injunction (Doc. 45).  (Doc. 46).  The magistrate judge advised McCree of his right to file objections within 14 days, but he didn't file any.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the

magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the defendants' motions for summary judgment are due to be granted, the court finding no genuine issues of material fact exist. Additionally, McCree's motions for summary judgment (Doc. 36), to supplement the record with new evidence (Docs. 41, 42, 44), and for reconsideration of the court's order denying a preliminary injunction (Doc. 45), are due to be denied.

The court will enter a separate Final Judgment consistent with this Memorandum Opinion.

**DONE** on September 3, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE